United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA JACINTO,<br><br>    Plaintiff,<br>  v.<br><br>DITECH FINANCIAL LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C-16-2815 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE CHAMBERS COPIES OF DOCUMENTS** |

    On June 8, 2016, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith chambers copies of the Notice of Removal, filed May 25, 2016, and all exhibits attached thereto.

    **IT IS SO ORDERED.**

Dated: June 16, 2016

                                                   MAXINE M. CHESNEY
                                                 United States District Judge