LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
DITECH FINANCIAL LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA JACINTO,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DITECH FINANCIAL LLC; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (aka MERS); NATIONAL DEFAULT SERVICING CORPORATION,<br><br>　　　　　　　　Defendants. | CASE NO.: 3:16-CV-02815-MMC<br><br>**NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER THEREON** |

PLEASE TAKE NOTICE that Defendants Ditech Financial LLC and Mortgage Electronic Registration Systems, Inc. substitute Regina J. McClendon and Lindsey E. Kress of Locke Lord LLP as their counsel of record in place of Mary Kate Sullivan, Thomas Abbott, and Laszlo Ladi, Jr. of Severson & Werson PC.

Dated: July 18, 2016                           Respectfully submitted,

                                               LOCKE LORD LLP


                                               By:  */s/ Regina J. McClendon*
                                                    Regina J. McClendon
                                                    Lindsey E. Kress
                                               Attorneys for Defendants
                                               DITECH FINANCIAL LLC and MORTGAGE
                                               ELECTRONIC REGISTRATION SYSTEMS,
                                               INC.

Dated: July 18, 2016                           Respectfully submitted,

                                               SEVERSON & WERSON PC


                                               By:  */s/Mary Kate Sullivan*
                                                    Mary Kate Sullivan
                                               *Former* Attorneys for Defendants
                                               DITECH FINANCIAL LLC and MORTGAGE
                                               ELECTRONIC REGISTRATION SYSTEMS,
                                               INC.

Dated: July 18, 2016                           Respectfully submitted,

                                               By:  */s/ Danielle Rawls*
                                                    Danielle Rawls
                                               Corporate Counsel, on behalf of Defendants
                                               DITECH FINANCIAL LLC and MORTGAGE
                                               ELECTRONIC REGISTRATION SYSTEMS,
                                               INC.

//
//

1  Pursuant to Civil Local Rule 5-1(i)(3), the e-filing attorney attests that she has obtained
2  concurrence regarding the filing of this document from the indicated signatories to the document.

3  /s/ *Regina J. McClendon*
4  Regina J. McClendon

**[PROPOSED] ORDER APPROVING CHANGE IN COUNSEL**

Good cause appearing, Regina J. McClendon and Lindsey E. Kress of Locke Lord LLP are hereby substituted as counsel of record in place of Mary Kate Sullivan, Thomas Abbott, and Laszlo Ladi, Jr. of Severson & Werson PC for Defendants Ditech Financial LLC and Mortgage Electronic Registration Systems, Inc.

IT IS SO ORDERED.

Dated: July 19, 2016

_____
U.S. District Court Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104