IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA JACINTO,<br><br>    Plaintiff,<br><br>    v.<br><br>DITECH FINANCIAL LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-02815-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Before the Court is the "Motion to Dismiss First Amended Complaint," filed July 12, 2016, by defendants Ditech Financial LLC and Mortgage Electronic Registration System, Inc. Plaintiff has filed opposition, to which the moving defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 23, 2016.

**IT IS SO ORDERED.**

Dated: September 16, 2016

                                                    MAXINE M. CHESNEY
                                                    United States District Judge