IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA JACINTO,<br>　　　　Plaintiff,<br>　　v.<br>DITECH FINANCIAL LLC, et al.,<br>　　　　Defendants. | Case No. 16-cv-02815-MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

　　　　On December 16, 2016, plaintiff electronically filed her opposition to defendant's motion to dismiss her first amended complaint and her request for judicial notice in support of said opposition.  Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Plaintiff is hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

　　　　The Court has previously advised plaintiff of her failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents.  (See Order, filed November 28, 2016.)  Such reminder appears to have had little to no effect on compelling compliance therewith.

　　　　Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions, including, but

not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 22, 2016

MAXINE M. CHESNEY
United States District Judge

2